James W. Breen, appellant, v. City of Chicago et al., appellees. Gen. No. 39,982.

Opinion filed March 13, 1939.

James W. Breen, *pro se*. Barnet Hodes, Corporation Counsel, and Jacobson, Merrick, Nierman & Silbert, for appellees; David Silbert, J. Sherman Dudley, Joseph F. Grossman and Karl H. Lundquist, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.